# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKEITH REDDY, : | |
| *Petitioner*, : | |
| : | CIVIL ACTION |
| v. : | NO.: 18-0748 |
| : | |
| SCI SOMERSET, et al., : | |
| *Respondents*. : | |

## ORDER

**AND NOW**, this 26th day of December, 2018, upon careful and independent consideration of the record in this case, the Report and Recommendation of the Honorable Lynne A. Sitarski, United States Magistrate Judge, (ECF No. 7), and Petitioner's failure to timely file objections thereto as permitted by Local Rule 72.1 IV(b), it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (ECF No. 1), is **DENIED**;

3. There is basis for the issuance of a certificate of appealability; and

4. The Clerk of Court is directed to **CLOSE** this case for statistical and all purposes.

BY THE COURT:


*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.